**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| HILDA CID, RESPONDNET | : | No. 17 EAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ERIE INSURANCE GROUP AKA ERIE | : | |
| INSURANCE EXCHANGE A/K/A ERIE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 14th day of June, 2017, the Petition for Allowance of Appeal is

**DENIED**.